**IT IS ORDERED as set forth below:**



Date: November 2, 2017

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ROBERT PAUL SPARRA, JR. | : | CASE NO.  A17-66999-JRS |
| KELLY ELIZABETH SPARRA | : | |
| DEBTORS | : | |

**ORDER DISMISSING CASE FOR FAILURE TO
COMPLY WITH 11 U.S.C. §109(h) AND 11 U.S.C. §521(b); AND
REQUEST FOR DISMISSAL PURSUANT TO 11 U.S.C. §§ 105(a) AND 109(g)**

This matter came before the Court at a regularly scheduled hearing on October 24, 2017 at 10:45 a.m. on the Chapter 13 Trustee's Motion to Dismiss Case for Failure to Comply with 11 U.S.C. § 109(h) and 11 U.S.C. § 521(b); and Request for Dismissal Pursuant to 11 U.S.C. §§ 105(a) and 109(g).  It appears that Debtors are ineligible to be in Chapter 13 based on the fact that Debtors have failed to certify attendance at credit counseling from an approved agency within 180 days prior

to filing required under 11 U.S.C. §109(h) and 11 U.S.C. § 521(b). Present at the hearing was Counsel for the Chapter 13 Trustee. Accordingly,

**IT IS HEREBY ORDERED**, that the Trustee's Motion is **GRANTED** and that this case is **DISMISSED** with prejudice. Pursuant to 11 U.S.C. § 109(g) and 11 U.S.C. § 105(a), the Debtors are ineligible to be Debtors in a case under Chapter 13 of the United States Code for a period of 180 days from the entry of this Order.

The Clerk of the Court is directed to serve this Order on the parties included in the attached Distribution List.

**END OF DOCUMENT**

Presented by:

/s/_____
Eric W. Roach,
Attorney for Chapter 13 Trustee
GA Bar No. 143194
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201

# **DISTRIBUTION LIST**

**Case No.: A17-66999-JRS**

**Debtors:**
Robert Paul Sparra, Jr.
Kelly Elizabeth Sparra
3606 Inman Drive
Atlanta, GA 30319

**Chapter 13 Trustee:**
Nancy J. Whaley
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA 30303

*AND ALL CREDITORS LISTED ON THE ATTACHED MAILING MATRIX*

```
Label Matrix for local noticing          First National Bank of Omaha            (p)PORTFOLIO RECOVERY ASSOCIATES LLC
113E-1                                   1620 Dodge St., Stop Code 3105          PO BOX 41067
Case 17-66999-jrs                        Omaha, NE 68197-0002                    NORFOLK VA 23541-1067
Northern District of Georgia
Atlanta
Tue Oct 31 10:34:33 EDT 2017

Kelly Elizabeth Sparra                   Nancy J. Whaley                         Robert Paul Sparra Jr.
3606 Inman Drive                         Nancy J. Whaley, Standing Ch. 13 Trustee 3606 Inman Drive
Atlanta, GA 30319-2434                   303 Peachtree Center Avenue             Atlanta, GA 30319-2434
                                         Suite 120, Suntrust Garden Plaza
                                         Atlanta, GA 30303-1216
```

                    The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                    by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541
```


                    The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(u)Select Portfolio Servicing, Inc. as servic     End of Label Matrix
                                                  Mailable recipients     5
                                                  Bypassed recipients     1
                                                  Total                   6
```